NO. 07-07-0070-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MAY 8, 2007

_____


FERNANDO GONZALEZ, INDIVIDUALLY, AND D/B/A
GONZALEZ CUSTOM CABINETS, APPELLANT

V.

ORIX FINANCIAL SERVICES, INC. F/K/A
ORIX CREDIT ALLIANCE, INC., APPELLEE

_____

FROM THE 207TH DISTRICT COURT OF COMAL COUNTY;

NO. C-2005-0467-B; HONORABLE JACK ROBISON, JUDGE

_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.


**MEMORANDUM OPINION**


Pending before this Court is an *Amended Motion to Dismiss* filed by Appellant,

Fernando Gonzalez, individually, and d/b/a Gonzalez Custom Cabinets. He represents

that he and Appellee, Orix Financial Services, Inc. f/k/a Orix Credit Alliance, Inc., have settled all matters in controversy.

Without passing on the merits of the case, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). Having dismissed the appeal at Appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Patrick A. Pirtle
Justice